UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br> vs. <br> David Donegan-Ramirez, et al. <br> Defendant(s) | CRIMINAL NO. 08mj1523 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Tomas Herrera-Medina

DATED: 5-28-08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED Andrew Cempe
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by Rhea Rhne

Deputy Clerk

R. Rhone