PLEASE RECEIPT AND RETURN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                       )<br>         Plaintiff     )<br>                       )<br>                       )<br>   vs.                 )<br>                       )<br> Antonio Pedrosa-Hernandez )<br>                       )<br>         Defendant(s)  )<br>_____) | CRIMINAL NO. __08mj 1523__<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/(Magistrate Judge),

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Odilan Villamil-Bello

DATED: __6/6/08__

JAN M. ADLER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
                        Deputy Clerk

C. PUTTMAN