UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08CR1940-H |
| Plaintiff | ) | 08MJ1523 |
| | ) | ORDER |
| vs. | ) | |
| T/N: Jorge Noel Cordova | ) | RELEASING MATERIAL WITNESS |
| Alpt. As: David Donegan-Ramirez | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Ezequiel Jovitacillas-Beltran

DATED: 6/12/08

RECEIVED _____
           DUSM

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____  J. MADUENO
                    Deputy Clerk